# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 4, 2024

Lyle W. Cayce
Clerk

No. 24-50411

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

V. T. Roberson, II,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:07-CR-232-1

_____

Before Graves, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

IT IS ORDERED that Appellee's unopposed motion to vacate the district court's judgment denying defendant's sentence reduction is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand this appeal to the district court for reconsideration under § 404 of the First Step Act is GRANTED.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50411

IT IS FURTHER ORDERED that Appellee's unopposed motion for an extension of 30 days upon denial of the motion to vacate the judgment and remand to file its brief is DENIED AS MOOT.